**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lynn A. Oxendine                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-12466 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

       Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
27 Jun 2025, 10:14:51, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322