United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12466-djb |
| Lynn A. Oxendine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynn A. Oxendine, 154 Golf Road, Darby, PA 19023-1315 |
| 15020627 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 15024373 | + | M&T BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15020638 | + | Penn Federal Credit Union, 800 River Road, Conshohocken, PA 19428-2632 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15029097 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:35:17 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15020630 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2025 00:35:59 | Ally Bank, Attn: Bankruptcy, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15020631 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 31 2025 00:25:00 | Aspire Credit Card, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15020632 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15020633 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenity/MPRC, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15020627 | ^ | MEBN | Oct 31 2025 00:19:27 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 15020629 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 31 2025 00:26:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15020634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2025 00:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15020635 | ^ | MEBN | Oct 31 2025 00:19:17 | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15020636 | | Email/Text: camanagement@mtb.com | Oct 31 2025 00:26:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15037620 | | Email/Text: camanagement@mtb.com | Oct 31 2025 00:26:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15023961 | ^ | MEBN | Oct 31 2025 00:19:18 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15020637 | | Email/Text: ml-ebn@missionlane.com | Oct 31 2025 00:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: 155 | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | | 105286, Atlanta, GA 30348 |
| 15040690 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 31 2025 00:35:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15040800 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 31 2025 00:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15036746 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 31 2025 00:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15021166 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Oct 31 2025 00:38:35 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15020628 | *+ | Lynn A. Oxendine, 154 Golf Road, Darby, PA 19023-1315 |
| 15042981 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Lynn A. Oxendine spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Lynn A. Oxendine  

Debtor(s).

Case No. 25−12466−djb

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 30, 2025

For The Court

Derek J Baker  
Judge, United States Bankruptcy Court